IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. – JFM-08-0556 |
| v. | * | Civil No. – JFM-13-2604 |
| | * | |
| DELVAZ SAUNDERS | | |

******

## MEMORANDUM

Delvaz Saunders has filed a second motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255. The motion has been fully briefed. The motion will be denied.

Saunders entered into a plea agreement in which he agreed, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, to imprisonment for a term of 240 months. The sentence was within the statutory maximum. There is nothing in the record to suggest that his counsel was ineffective. Accordingly, Saunders' motion will be denied.[1]

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date:  November 26, 2013        __/s/_____
                                J. Frederick Motz
                                United States District Judge

---

[1] Saunders complains that in denying his earlier motion to vacate, this court reduced his period of supervised release from ten years to five years. Saunders contends that this is a resentencing and that a new sentencing hearing was necessary. No useful purpose would have been served by holding such a hearing. It would have resulted in unnecessary cost because Saunders would have had to be transported from Butner, North Carolina to Baltimore. In any event, if Saunders was challenging this court's reduction of his sentence by reducing the period of his supervised release, the proper remedy for him to have followed would have been for him to file a motion for reconsideration of the first order rather than a new Section 2255 motion.